FILED
U.S. District Court
District of Kansas

JUN 01 2023

Clerk, U.S. District Court
By_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ANDREW QUINN                                    )
                                                )
_____                 )
                                                )
_____                 )
                                                )
_____                 )
(Enter above the full name of the Plaintiff(s)   )
                                                )
                                                )    Case Number **2:23-cv-02254-JWB-TJJ**
vs.                                             )              _____
                                                )
US. JUSTICE DEPARTMENT                           )
Name                                            )
601 E 12 Th St                                   )
Street and number                               )
KANSAS City    MO    64106                       )
City        State        ZipCode                 )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

**CIVIL COMPLAINT**

I.    Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.    Name of plaintiff ANDREW QUINN

      Address 2326 Euclid Ave Des moines, IA 50370
              2743 CLEVELAND KANSAS City KAN 66104

      _____

      _____

1

16) Complaint for a Civil Case

Defendant No. 1

(1)

Name | JUSTICE DEPARTMENT
Job or Title (if known) | U.S. DEPARTMENT of HEALTH Human SERVICE
Street Address | 601 E 12th St
City and County | KANSAS CITY, MO
State and Zip Code | MISSOURI 64106
Telephone Number |
E-mail Address (if known) |

Defendant No. 2

(2)

Name | Boost mobile Store
Job or Title (if known) |
Street Address | 1666 E 63Rd St
City and County | KANSAS City
State and Zip Code | MISSOURI 64110
Telephone Number | 816-363-0025
E-mail Address (if known) | —

Defendant No. 3

(3)

Name | DEPARTMENT of JUSTICE
Job or Title (if known) | U.S. Attorney Office
Street Address | 500 STATE AVE
City and County | KANSAS City
State and Zip Code | KANSAS 66101
Telephone Number | 913-735-2261
E-mail Address (if known) | —

Defendant No. 4

(4)

Name | Wyandotte County Sheriff office
Job or Title (if known) | Sheriff
Street Address | 710 N 7th St
City and County | KANSAS City KAN
State and Zip Code | KANSAS 66101
Telephone Number |
E-mail Address (if known) |

16) Complaint for a Civil Case

### Defendant No. 1



Name — DEPARTMENT of JUSTICE Civil Right-Div

Job or Title *(if known)* — US. ATTORNEY OFFICE

Street Address — 950 PENNSYLVANIA AVE NW

City and County — WASHINGTON

State and Zip Code — DC 20530

Telephone Number — 202-514-2000

E-mail Address *(if known)* — —

### Defendant No. 2



Name — KANSAS City KANSAS Police DEPARTMENT

Job or Title *(if known)* — l' City of KANSA City KAN

Street Address — 701 N 7th St

City and County — KANSAS City KANSAS

State and Zip Code — KANSAS 66101

Telephone Number — 913-573-6370

E-mail Address *(if known)*

### Defendant No. 3



Name — DOUGLAS County Sheriff OFFICE

Job or Title *(if known)* — Sheriff

Street Address — 111 E 11th St

City and County — LAWRENCE

State and Zip Code — KANSAS

Telephone Number — 785-841-0007

E-mail Address *(if known)* — —

### Defendant No. 4



Name — DEPARTMENT of JUSTICE

Job or Title *(if known)* — US. ATTORNEY OFFICE

Street Address — 1300 Summit St

City and County — KANSAS City

State and Zip Code — MISSOURI 64105

Telephone Number — 816-512-8200

E-mail Address *(if known)* — —

Page

16) Complaint for a Civil Case

Defendant No. 1

Name TOTAL BY VERIZON STORE

Job or Title *(if known)* NO CONTRACT

Street Address LAWRENCE

City and County KANSAS

State and Zip Code DOLLAR GENERAL STORE

Telephone Number

E-mail Address *(if known)* IT CAME FROM GENERAL STORE

Defendant No. 2

Name DEPARTMENT of JUSTICE

Job or Title *(if known)* US. ATTORNEY

Street Address 444 SE QUINCY

City and County TOPEKA

State and Zip Code KANSAS 66683

Telephone Number

E-mail Address *(if known)* —

Defendant No. 3

Name WYANDOTTE UNIFIED GOVERNMENT

Job or Title *(if known)* KANSAS City KAN

Street Address 4953 STATE AVE

City and County KANSAS City KANSAS

State and Zip Code KANSAS

Telephone Number 913-573-8600

E-mail Address *(if known)* —

Defendant No. 4

Name WYANDOTTE COUNTY CORRECTIONAL COURT SERVICE

Job or Title *(if known)* COURT SERVICES

Street Address 812 N 7th ST

City and County KANSAS City KANSAS

State and Zip Code KANSAS

Telephone Number

E-mail Address *(if known)*

Page

16) Complaint for a Civil Case

Defendant No. 1

Name                          KANSAS Child AND family SERVICES
Job or Title *(if known)*       STATE OF KANSAS
Street Address                401 State AVE
City and County               KANSAS City KANSAS
State and Zip Code            KANSAS 66101
Telephone Number
E-mail Address *(if known)*

Defendant No. 2

Name                          DEPARTMENT of JUSTICE
Job or Title *(if known)*       US ATTORNEY
Street Address                500 State AVE
City and County               KANSAS City KANSAS
State and Zip Code            KANSAS 66101
Telephone Number              913-735-2200
E-mail Address *(if known)*     AG

Defendant No. 3

Name                          WALMART
Job or Title *(if known)*       Store
Street Address                10124 PARALLEL PKWY
City and County               KANSAS City, KANSAS   Wyandotte
State and Zip Code            KANSAS 66109
Telephone Number              913-788-5331
E-mail Address *(if known)*     NONE

Defendant No. 4

Name                          Johnson County District Attorney office
Job or Title *(if known)*       OLATHE County office
Street Address                150 W Santa St
City and County               OLATHE
State and Zip Code            KANSAS
Telephone Number              913-715-3000
E-mail Address *(if known)*

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.    Defendant _U.S. Justice Department_ is

employed at _Government 601 E 12th St Kansas city, MO_
_Same as Defendant - ①_

C.    Additional Defendants _Wyandotte County Attorney office_

(16)    _County 710 7th St Kansas City Kansas 66101_

II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.  (If Applicable) Diversity of citizenship and amount:

1.    Plaintiff is a citizen of the State of _Kansas_ .

2.    The first-named defendant above is either

a.  a citizen of the State of _Missouri_ ; or

b.  a corporation incorporated under the laws of the State of

_Kansas_ and having its principal place of business

in a State other than the State of which plaintiff is a citizen.


3. The second-named defendant above is either

a.    a citizen of the State of _Kansas_ ; or

b.    a corporation incorporated under the laws of the State of

_Kansas_ and having its principal place of business in a

State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.     (If applicable)   Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1.     This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title_____, Section_____.

☒ 2.     This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3.     Other grounds (specify and state any statute which gives rise to such grounds):

INVASION of PRIVACY

PHone TAping

III.     Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.   State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).   Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

THEY TAp my PHoNE AND HACK INTO IT

IV.     Relief:

(State briefly exactly what judgement or relief you want from the Court.   Do not make legal arguments.)   30,000 000 miLLioN DoLLARS

3

_____

_____

_____

V.      Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☐    No ☐

VI.     Do you claim actual damages for the acts alleged in your complaint?
        Yes ☒    No ☐

VII.    Do you claim punitive monetary damages?   Yes ☒    No ☐


If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

30,000000 million Dollars

Hindering INVASION of my Privacy

_____

_____

_____

_____

4

VIII.    Administrative Procedures:

    A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐    No ☒

    B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____

_____

_____

    C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

_____

_____

_____

IX.    Related Litigation:

Please mark the statement that pertains to this case:

☐    This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☒    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

ANDREW QUFINN
Name (Print or Type)

2743 CLEVELAND AVE
Address KCCK 66104

No phone (per plaintiff)

5

City            State            Zip Code

_____
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita,  ☒ Kansas City , or  ☐ Topeka} , Kansas as the
(Select One)

location for the trial in this matter.

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury {  ☒ Yes or  ☐ No  }
(Select One)

_____
Signature of Plaintiff

Dated: 6-1-2023

(Rev. 10/15)

6